DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SERGEY YURY KOLESOV,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-322

[May 31, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case No. 2002CF011123AXX.

Silvia Maria Gonzalez of S. Gonzalez Law, Miami Lakes, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., FORST and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***